IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE REMBERT,

    Petitioner,

vs.                                      Case No. 3:07cv426-LAC/WCS

WALTER A. McNEIL,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 23, 2008.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of any portions to which an objection has been made.

Having considered the report and recommendation and the objections thereto , I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The motion to dismiss (doc. 20) is hereby **GRANTED**, and the § 2254 petition challenging the judgment of the First Judicial Circuit, Escambia County, case 00-4547-CFA, **DISMISSED** as untimely.

**DONE AND ORDERED this 19th day of November, 2008.**

*s/L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**